# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> EDWARD BRADY, CAROLYN BRADY, and : <br> NANCY BRADY, : <br> : <br> Defendants. : | Case No. 3:18-cv-09185-BRM-DEA |

## JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6.1, the parties stipulate and agree to the following:

A. Plaintiff Joe Hand Promotions, Inc. served Defendants with the Complaint in this matter on May 17, 2018, thereby requiring that Defendant file its Answer or otherwise respond to the Complaint by June 7, 2018.

B. The extension will allow the parties to continue settlement discussions.

C. The parties agree to an extension of an additional thirty (30) days, thereby making Defendant's Answer or other response to the Complaint due by July 9, 2018, with July 7, 2018 being a Saturday.

D. There have been no other extensions of time in this case.

Date: June 6, 2018

Jekielek & Janis LLP

By: /s/ Ryan R. Janis
Ryan R. Janis, Esq.
203 E. Pennsylvania Blvd.
Feasterville, PA 19053
Tel: (215) 396-2727
Fax: (267) 386-2167
*Attorney for Plaintiff*
*Joe Hand Promotions, Inc.*

/EdwardBrady/
Edward Brady
*Pro se*

/CarolynBrady/
Carolyn Brady
*Pro se*

/NancyBrady/
Nancy Brady
*Pro se*

421 Jersey Avenue
Spring Lake, NJ 07762

Approved and So Ordered this _____ day of _____, 2018.

_____,
Hon. Magistrate Judge Douglas E. Arpert

## **CERTIFICATE OF SERVICE**

      I, Ryan R. Janis, Esquire certify a true and correct copy of the foregoing Joint Stipulation Extending Time to Respond to Complaint was served this date via U.S. First Class mail upon the following:

Edward Brady
Carolyn Brady
Nancy Brady
421 Jersey Avenue
Spring Lake, NJ 07762

Date: June 6, 2018                                        /s/ Ryan R. Janis
                                                                             Ryan R. Janis, Esq.